■ DAVID KASSEL, Respondent, v JAMES P. DONOHUE et al., Appellants, et al., Defendants. [6 NYS3d 916]—Order, Supreme Court, New York County (Eileen A. Rakower, J.), entered August 26, 2013, which, insofar as appealed from, denied defendants James P. Donohue and Crystal and Donohue's motion to dismiss the complaint as against them, unanimously reversed, on the law, without costs, and the motion granted. The Clerk is directed to enter judgment dismissing the complaint as against James P. Donohue and Crystal and Donohue.

The allegations in the complaint reflect plaintiff's dissatisfaction with defendants' strategic choices and tactics in the conduct of the arbitration; there is no showing that those choices and tactics were unreasonable (*see Rosner v Paley*, 65 NY2d 736, 738 [1985]; *Pouncy v Solotaroff*, 100 AD3d 410 [1st Dept 2012], *lv denied* 21 NY3d 857 [2013]; *Dweck Law Firm v Mann*, 283 AD2d 292 [1st Dept 2001]). Concur—Acosta, J.P., Saxe, DeGrasse and Richter, JJ. ■

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AMARA TOURE, Appellant. [6 NYS3d 476]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Michael J. Obus, J.), rendered on or about September 19, 2013, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Acosta, J.P., Saxe, DeGrasse and Richter, JJ.